1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   1023 H Street, Suite B5
3  Sacramento, CA 95814
   Telephone: (916) 448-8600
4  Facsimile: (916) 448-8605

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARCELLUS LEWIS, JR. | Case No. CIV-07-0007 EFB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE Commissioner of Social Security of the United States of America, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended from July 26, 2007 to August 31, 2007. This is plaintiff's first request for an extension and is required due to plaintiff's counsel's very heavy briefing schedule.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1

1 | Dated:  July 3, 2007 | */s/Bess M. Brewer*
  |                       | BESS M. BREWER
2 |                       | Attorney at Law

3 |                       | Attorney for Plaintiff

4

5

6 | Dated: July 3, 2007 | McGregor W. Scott

  |                     | United States Attorney
7

8 |                     | By: */s/ Mary Parnow*
  |                     | MARY PARNOW
9 |                     | Special Assistant U.S. Attorney
  |                     | Social Security Administration
10

11|                     | Attorney for Defendant

12

13 **ORDER**

14 APPROVED AND SO ORDERED.

15 DATED:  July 16, 2007.

16 _____
   EDMUND F. BRENNAN
   U.S. MAGISTRATE JUDGE

2