1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ODELL GROOMS
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8936
       Facsimile: (415) 744-0134
7      E-Mail: odell.grooms@ssa.gov

8  Attorneys for Defendant

9                 UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11                     **SACRAMENTO DIVISION**

12

13  MARCELLUS LEWIS, JR.,            )
                                     )   CIVIL NO. 2:07-CV-0007 EFB
14          Plaintiff,                )
                                     )
15          v.                        )   STIPULATION AND PROPOSED ORDER
                                     )
16  MICHAEL J. ASTRUE,               )
    Commissioner of                  )
17  Social Security,                 )
                                     )
18          Defendant.                )
    _____)

19

20      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

21  attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's

22  motion for summary judgment, due to a scheduling conflict arising from the large number of cases

23  which await briefing. The current due date is September 28, 2007. The new due date will be October

24  31, 2007.

25  ///

26  ///

27  ///

28  ///

1  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 27, 2007     /s/ Bess M. Brewer
(As authorized via electronic mail on 9/27/2007)
BESS M. BREWER
Attorney for Plaintiff

Respectfully submitted,

Dated: September 27, 2007     McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

 /s/ Odell Grooms
ODELL GROOMS
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: October 2, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE