1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ERIC K. H. CHINN
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California  94105
6     Telephone:  (415) 977-8932
      Facsimile:  (415) 744-0134
7     E-Mail: eric.chinn@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11                     **SACRAMENTO DIVISION**

12

13  MARCELLUS LEWIS,                    )
                                        )        CIVIL NO. 2:07-cv-00007-EFB
14         Plaintiff,                   )
                                        )        STIPULATION AND ORDER AWARDING
15         v.                           )        EAJA ATTORNEY'S FEES
                                        )
16  MICHAEL J. ASTRUE,                  )
    Commissioner of Social Security,    )
17                                      )
           Defendant.                   )
18  _____)

19
20         IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the

21  approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the

22  Equal Access to Justice Act in the amount of SIX THOUSAND DOLLARS AND NO/100 CENTS

23  ($6,000.00).  This amount represents compensation for legal services rendered on behalf of Plaintiff by

24  counsel in connection with this civil action for services performed before the district court in accordance

    with 28 U.S.C. § 2412(d).
25
           This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees
26
    and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment in
27
    the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all
28
    claims, rights, causes of action, liens or subrogated interests relating to attorneys fees incurred in this

action under EAJA.

The settlement of Plaintiff's claim for EAJA attorney fees does not preclude Plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

Respectfully submitted,

Dated: June 30, 2009            /s/ *Bess M. Brewer*
                                (per e-mail authorization this date)
                                BESS M. BREWER
                                Attorney for Plaintiff

Dated: June 30, 2009            LAWRENCE G. BROWN
                                Acting United States Attorney
                                LUCILLE GONZALES MEIS
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                                /s/ *Eric K. H. Chinn*
                                ERIC K. H. CHINN
                                Special Assistant U.S. Attorney

APPROVED AND SO ORDERED:

Dated: July 6, 2009.

                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE

2